In the Supreme Court of Georgia

Decided:     February 1, 2016

S16A0146. CHATMAN v. PRIOR.

PER CURIAM.

The judgment of the court below is affirmed without opinion pursuant to Supreme Court Rule 59.

Affirmed without opinion. All the Justices concur.